# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HERNANA CORTEZ VILLASENOR,<br>DAVID ARREOLA, JOSE LUIS GARCIA<br>VILLA<br><br>　　　　　Defendants.<br>_____/ | Case No.  1:12-CR-00184 AWI-BAM<br><br>**ORDER TO ATTORNEY RAVIS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

　　　This Court conducted a regularly set status conference in the above referenced matter on February 24, 2014 at 1:00 p.m.  Counsel for defendant David Arreola, Attorney Mark Ravis, failed to appear at the status conference.

　　　Attorney Ravis SHALL appear at a continued status hearing on February 26, 2014 at 9:30 a.m. in Department 8, and show cause why sanctions should not be imposed for failure to appear and failure to comply with Court orders.  Local Rules 110.

IT IS SO ORDERED.

　　　Dated:   **February 24, 2014**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE