MARK RAVIS [SBN: 137479]
LAW OFFICE OF MARK RAVIS
1875 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: 310-295-4145
Fax: 310-388-5251

Attorney for Defendant, DAVID ARREOLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:12-cr-00184-AWI -BAM-2 |
| | ) | |
| Plaintiff, | ) | JOINT STIPULATION TO |
| | ) | CONTINUE SENTENCING |
| v. | ) | HEARING; DECLARATION OF |
| | ) | MARK RAVIS |
| DAVID ARREOLA, | ) | |
| | ) | Sentencing Hearing: March 23, |
| Defendant. | ) | 2015 |
| | ) | Time: 10 a.m. |
| | | Courtroom: Two |
| | | Honorable Anthony W. Ishii |

Defense counsel, Mark Ravis, and Assistant United States Attorney, Karen Escobar,
jointly request that the sentencing hearing in the above-captioned case be continued until April
27, 2015 or May 4, 2015.  The reason for the request is that neither party served informal
objections on the probation officer until March 12, 2015 as each overlooked the initial

1

**JOINT STIPULATION TO CONTINUE SENTENCING HEARING**

Presentence Investigation Report.  Both sides informally objected to portions of the Presentence Report and wish to give the probation officer ample time to modify her report, if desired. Accordingly, the parties respectfully request that the Court continue the hearing to one of the above dates or another date convenient to the Court.  The probation officer has indicated that the above dates are acceptable to her.

Defense counsel is attaching a declaration to this request.


March 12, 2015                        By:   /s/ *Mark Ravis*
                                         Mark Ravis, Attorney for
                                         Defendant David Arreola

                                      By: */s/ Karen Escobar*
                                         Karen Escobar, Assistant
                                         United States Attorney


ORDER

The sentencing hearing for David Arreola is continued from March 23, 2015, to April 27, 2015, at 10:00a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.


IT IS SO ORDERED.

Dated:   March 19, 2015                 _____
                                          SENIOR  DISTRICT  JUDGE

**JOINT STIPULATION TO CONTINUE SENTENCING HEARING**