IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br>DAVID ARREOLA,<br><br>     Defendant. | CASE NO.  1:12-CR-00184-AWI-BAM-2<br><br>ORDER DENYING DEFENDANT'S MOTION PURSUANT TO TITLE 18 U.S.C. §  3582(c)(2) |

The defendant has filed a motion seeking appointment of counsel to file a motion under 18 U.S.C. § 3582(c)(2). The Court construes the defendant's motion as motion for reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses. The defendant was sentenced based on the amended Sentencing Guidelines.  The Court will deny the defendant's motion.

Section 3582(c)(2) authorizes district courts to modify an imposed sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission."  *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013).  Effective November 1, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types.  The Commission also voted to make Amendment 782 retroactively applicable to previously

1

1    sentenced defendants.

2         The defendant was convicted and sentenced in 2015 using the 2014 edition of the Sentencing

3    Guidelines. The drug quantity finding in this case was that the defendant was responsible for 904.9

4    kilograms of marijuana. That drug quantity yielded a base offense level of 28. *See* U.S.S.G.

5    § 2D1.1(c)(1) (2014). The sentencing range applicable to the defendant has not been subsequently

6    lowered by the United States Sentencing Commission by Amendment 782, because the defendant was

7    sentenced, in the first instance, pursuant to Amendment 782.  The defendant's base offense level

8    remains level 28. *See* U.S.S.G. § 2D1.1(c)(6).  The defendant is not eligible for a reduction in sentence.

9    U.S.S.G. § 1B1.10(b)(2).

10        IT IS HEREBY ORDERED that the defendant's motion for a reduction in sentence is DENIED.

11

12

13   IT IS SO ORDERED.

14   Dated:   November 16, 2015        _____

15                                        SENIOR  DISTRICT  JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28